PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

Entered on Docket
February 19, 2014
EDWARD J. EMMONS, ACTING CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed February 18, 2014

M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-71149 MEH |
| **JAMES MANABU OUYE and MARIBETH ANG OUYE**, | Chapter 13 |
| Debtors. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |

The above named debtors having served a Motion to Modify Chapter 13 Plan on January 21, 2014, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Commencing January 2014 debtors will pay $330.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'